**6**

**Charles F. KIRKPATRICK v. UNITED STATES.**

Circuit Court of Appeals, Sixth Circuit.
June 10, 1927.

No. 4908.

In Error to the District Court of the United States for the Eastern District of Michigan; Charles C. Simons, Judge.

Burt D. Cady, of Port Huron, Mich., for plaintiff in error.

David Polasky, Asst. U. S. Atty., of Detroit, Mich., for the United States.

PER CURIAM. Judgment of District Court affirmed.